v. The Hanover Fire Insurance Company of New York, Appellant. — Judgment of the County Court affirmed. Opinion by Barker, J.

Charles Huggins, Appellant, v. The Village of Salamanca, Respondent.—Judgment reversed, and new trial ordered, costs to abide event. Opinion by Smith, P. J.

Louis M. Walters, Appellant, v. Mrs. C. A. Kenyon. Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

John Boyer, Administrator, etc., Appellant, v. Henry S. Marshall and others, Respondents.— Decree affirmed, so far as it finds a balance in Marshall's hands of $54.02, and orders him to pay to Miller $47.61, and that it be so modified as to provide that the amount to be paid by him to Miller for his costs shall be the balance of assets in Marshall's hands, to wit, $6.41; and in all other respects the decree is reversed, without costs of this appeal to either party. Opinion by Smith, P. J.

Charles P. Hurlburt, Appellant, v. Walter D. Parker and another, Respondents.—Order affirmed. Opinion by Barker, J.

Calvin P. Brown, Assignee, etc.. Respondent, v. Benjamin F. Pease, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

John J. Kenyon, Appellant, v. Arvid M. Bennett, Respondent.—Judgment of the County Court reversed, and that of the justice affirmed. *Per Curiam* opinion filed with the clerk.

Arvid M. Bennett, Respondent, v. John J. Kenyon, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.

Seward A. Simons, Respondent and Appellant, v. Hobart Mirl Thatcher and another, Appellant and Respondent.—Order affirmed, with ten dollars costs and disbursements. Plaintiff's appeal in same case dismissed, without costs. Haight, J., not sitting; Barker, J., not voting.

The First Presbyterian Society of Lewiston, Respondent, v. Charles R. Ayer, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

William Keeler, Respondent, v. Maria Dennis, Appellant. Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.

Irving C. Hall, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Judgment affirmed on the opinion of the county judge.

Elijah R. Schoonmaker, Respondent, v. Frank W. Bonnie and others, Appellants.—Judgment as to appellants, Mrs. Frank Bonnie and Mrs. Robert P. Bonnie, reversed, with costs, and as to Frank W. Bonnie and Robert P. Bonnie, judgment reversed and new trial granted before another referee, costs to abide event, unless the plaintiff stipulates within thirty days that the judgment may be modified by striking out the provision requiring the defendants, Frank W. and Robert P. Bonnie, to procure a release of the inchoate right of dower of their respective wives. If such stipulation is made, then that the judgment be so modified and, as so modified, affirmed, without costs to either party. Judgment to be settled by Barker, J., unless agreed upon. Opinion by Barker, J.

James H. Hooker, Respondent, v. The City of Rochester, Appellant.— Judgment affirmed on authority of Hooker v. The City of Rochester (37 Hun, 191).

Abram L. Walker, Appellant, v. William O. Leland and another, Respondents — Judgment modified by striking out the words, "on the merits," and, as so modified, affirmed, with costs. Opinion by Smith, P. J.; Haight, J., not voting.

Julius S. Chase, Respondent, v. Ruth C. Farnsworth and others, Appellants.—Order affirmed,

with ten dollars costs and disbursements. Held, that the plaintiff was not stayed by reason of non-payment of the costs, allowed by the order of July 28, 1886; that the order was served by mail, and the plaintiff, consequently, had twenty days in which to pay the costs, and that time had not expired when the order was made. Also held, that the order is not a bar to the granting of the order appealed from.

The People of the State of New York, Respondent, v. Frederick L. Webb, Appellant.—Judgment affirmed.

The People of the State of New York, Respondent, v. Joseph Holfelder, Appellant.— Judgment and conviction reversed, and a new trial ordered, and for that purpose the proceedings are remitted to the Court of Sessions of Erie county. Opinion by Smith, P. J.

Edward N. Yerxa, Respondent, v. Peter Weller and others, Appellants.—Order affirmed

In the Matter of the Application of the New York, Lackawanna and Western Railway Company, Appellant, to Acquire Lands of Harriet A. Bennett, Respondent.—Order affirmed, with ten dollars costs and disbursements. Haight and Bradley, JJ., not sitting.

George Penschl and others, Appellants, v. William F. Wendt, Respondent.—Order modified by deducting fifty dollars from the amount awarded to defendant, and as so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.

Dwight B. Cowles, Appellant, v. Frederick P. Michel, Respondent. — Judgment affirmed. Opinion by Bradley, J.

Mary Reynale, Respondent, v. Henry T. Harrison, Appellant.—Judgment and order affirmed. Opinion by Bradley, J.

William A. Ferguson, Plaintiff, v. The Fall Brook Coal Company, Defendant —Motion for new trial denied, and judgment ordered for the defendant on the non-suit. Opinion by Angle J.; Bradley, J., taking no part.

William Donnelly, Respondent, v. Sarah B. Christie, as Administratrix, etc., Appellant.— Judgment affirmed.

Charles J. Boehme, Respondent, v. Morris Michael, Appellant.—Judgment reversed, and new trial ordered before another referee, costs to abide event. Opinion by Angle, J.

William C. Barker, Appellant, v. Antoinette Gillett, Respondent.—Judgment affirmed. Opinion by Bradley, J.; Childs, J., not sitting.

Frank Landers, Respondent, v. The Watertown Fire Insurance Company, Appellant.— Judgment and order affirmed. Opinion by Haight, J.

George F. Rogers, Respondent, v. James W. Rogers, Appellant.—Judgment affirmed. Opinion by Bradley, J.

Charlotte M. Smith, Respondent, v. The Agricultural Insurance Company, Appellant.—Judgment and order affirmed. Opinion by Childs, J.

The People of the State of New York ex rel. David Cronk, v. Dwight Weld, Commissioner of Highways, etc.—Proceedings confirmed and writ dismissed, with fifty dollars costs. Opinion by Haight, J.

Jonathan B. West, Appellant, v. The Conesus Lake Salt and Mining Company, Limited, Respondent. — Judgment and order affirmed. Opinion by Bradley, J.

William Barnett, Appellant, v. Dan. E. Linsley, Respondent — Judgment and order affirmed. Opinion by Childs, J.

Lorenzo J. Bovee and others, Respondents, v. Robert C. Lowry, Appellant, Impleaded, etc. —Judgment affirmed, on the opinion of the referee. Childs J., not sitting.

Ella A. Sabin, Respondent, v. The Grand Lodge of the A. O. U. W., Appellant. — Judgment reversed, and new trial ordered before another